# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TERESA SANTALUCIA,** individually and as Settlor of the 2006 Teresa Santalucia Irrevocable Trust, and **AIDA SANTALUCIA ("AIDA"),** individually and as the former Beneficiary of the Trust,
Appellants,

v.

**JOHN WHITTLES, ESQ.** and **RICHMAN GREER, P.A.,** a professional association, **STEPHEN P. MATHISON, ESQ.** of **STEPHEN MATHISON P.A.,** a professional association, **JEFFREY C. SCHNEIDER, ESQ.** and **LEVINE KELLOGG LEHMAN, SCHNEIDER, GROSSMAN LLP,** a limited liability partnership, **SCOTT L. SILVER, ESQ.** and **SILVER LAW GROUP,**
Appellees.
No. 4D16-2938

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 2015CA005657XXXXMB.

Carlos A. Cespedes of Law Office Carlos A. Cespedes, P.A., Miami, for appellants.

Jonathan E. Kanov of Marshall, Dennehey, Warner, Coleman & Coggin, P.C., Fort Lauderdale, for appellees Scott L. Silver, Esq. and Silver Law Group.

W. Todd Boyd and Craig J. Shankman of Boyd Richards Parker & Colonnelli, P.L., Miami, for appellees Jeffrey C. Schneider, Esq. and Levine Kellogg Lehman Schneider & Grossman LLP.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*